UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LATRICE HILLAIRE,
    Plaintiff,      CIVIL ACTION FILE

vs.             NO. 1: 14-cv-2916-LMM

RES-CARE INC.,
    Defendant.

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of the parties' Joint Motion for Approval of FLSA Settlement and Dismissal of Claims and the Court having granted in part and denied in part said motion, it is

**Ordered and Adjudged** that the Settlement Agreement is approved, with the exception of paragraph 8, which are stricken. The Court shall retain jurisdiction until the terms set forth in Paragraph 4 of the Settlement Agreement have been complied with.

Dated at Atlanta, Georgia, this 4th day of August, 2015.

              JAMES N. HATTEN
              CLERK OF COURT

          By: *s/Denise D.M. McGoldrick*
             Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 5, 2015
James N. Hatten
Clerk of Court

By: s/Denise D.M. McGoldrick
   Deputy Clerk